Case: **1:25−cv−01164**
Assigned To : **Breen, J. Daniel**
Referral Judge: **York, Jon A.**
Assign. Date : **7/2/2025**
Description: **Pollard v. Lincoln National Life Insurance Company**