TN Department of Commerce & Insurance

RECEIVED

JUL 30 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

July 22, 2025

Lincoln National Life Ins. Co.
2908 Poston Avenue c/o C S C
Nashville, TN 37203
NAIC# 65676

Certified Mail
Return Receipt Requested
70201290000016214-3769

Re: Chelsi Pollard V. NAIC# 65676

Docket # 125CV01164JDBJAY

To Whom It May Concern:

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served July 15, 2025, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
Madison County
111 South Highland Avenue #262
Jackson, TN 38301

State of Tennessee, Department of Commerce & Insurance
500 James Robertson Parkway, Service of Process - 10th Floor, Nashville, TN 37243
Service.Process@tn.gov; 615-532-5260