TN Department of Commerce & Insurance
Service of Process
500 James Robertson Parkway
Nashville, TN 37243

First Class Mail
ComBasPrice

US POSTAGE IMI PITNEY BOWES
ZIP 37243 $ 000.74⁰
02 4W
0000390152 JUL. 28 2025

JUL 30 2025

RECEIVED
JUL 30 2025
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

US District Court
Western District of Tennessee, Eastern Division
James D. Todd United States Courthouse
111 South Highland Avenue
Jackson, TN 38301

38301$8101 C011