**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **CHELSI POLLARD** | ) |
| | ) |
| ***Plaintiff*** | ) **Civ Action No. 1:25-cv-1164-JDB-jay** |
| | ) |
| **v.** | ) |
| | ) |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) |
| | ) |
| | ) |
| ***Defendant*** | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Subject to the approval of the Court, Plaintiff Chelsi Pollard ("Plaintiff"), moves for an order of the Court granting Defendant The Lincoln National Life Insurance Company, 45 additional days, to September 29, 2025, for Lincoln to answer or otherwise plead to Plaintiff's Complaint. The parties are engaged in settlement discussions and the likelihood of early resolution may be enhanced if the parties are able to avoid additional costs at this time. The parties agree that good cause exists for an extension to facilitate these settlement discussions. Defendant does not oppose the Motion.

WHEREFORE, Plaintiff moves that the Court grant this motion and extend Lincoln's time to answer or otherwise plead to Plaintiff's Complaint through September 29, 2025.

Dated this 15th day of August, 2025.

By: */s/ Samuel D. Payne*
One of the Attorneys for Plaintiff, Chelsi Pollard
Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
P: 615-234-6000
sam@codyallison.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2025, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, with a service copy served on in-house counsel for Defendant as follows:

Margaret A. Falck, Esq.
Lincoln Financial
AVP & Senior Counsel
Group Protection, Legal & Regulatory Compliance
8801 Indian Hills Drive
Omaha, NE 68114
maggie.falck@LFG.com

*/s/ Samuel D. Payne*
Samuel D. Payne