IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| CHELSI POLLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:25-cv-01164-JDB-jay |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD

Before the Court is the motion of the Plaintiff for an extension of time for the Defendant to answer or otherwise plead in this matter. (Docket Entry 8.) For good cause shown, and as the motion is unopposed, it is hereby GRANTED. Defendant's responsive pleading is due on or before September 29, 2025.

IT IS SO ORDERED this 18th day of August 2025.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE