**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHELSI POLLARD,** | ) | |
| | ) | CIVIL ACTION NO. 1:25cv01164-JDB-jay |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Chief Judge J. Daniel Breen |
| | ) | |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY** | ) | Chief Magistrate Judge Jon A. York |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S DISCLOSURE STATEMENT**

Defendant The Lincoln National Life Insurance Company ("Lincoln") files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation (NYSE:LNC), a publicly held corporation.

Dated this 26th day of September 2025.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was served upon all known counsel of record via the Court's ECF Mail System upon the following:

K. Cody Allison, Esq.
cody@codyallison.com

Samuel D. Payne
sam@codyallison.com

September 26, 2025 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers