**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **CHELSI POLLARD** | ) | |
| | ) | |
| ***Plaintiff*** | ) | **Civ Action No. 1:25-cv-1164-JDB-jay** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| ***Defendant*** | ) | |

---

**NOTICE OF APPEARANCE**

---

The undersigned hereby gives notice that he is additional counsel for Plaintiff in this case. Accordingly, he requests that his email (richard@codyallison.com) be included on the Court's list for all future filings and notices transmitted via the Court's CM/ECF system.

Dated this 27th day of October 2025.

**CODY ALLISON & ASSOCIATES, PLLC**

/s/ *Richard House*
K. Cody Allison, BPR No. 020623
Samuel D. Payne, BPR No. 019211
Richard House, BPR No. 020135
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Telephone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
richard@codyallison.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October 2025, it is anticipated that a true and exact copy of the foregoing will be served via the Court's CM/ECF system on:

Iwana Rademaekers, Esq.
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

/s/ *Richard House*
Richard House