**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **CHELSI POLLARD,** | ) | |
| | ) | CIVIL ACTION NO. 1:25cv01164-JDB-jay |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge J. Daniel Breen |
| | ) | |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY** | ) | Magistrate Judge Jon A. York |
| | ) | |
| Defendant. | ) | |

## MEDIATION REPORT

Pursuant to the Scheduling Order filed with the court, a mediation conference was scheduled. Pursuant thereto on 12-17-2025, at the mediation conference:

( xx ) Plaintiff/Counsel Appeared　　( ) Plaintiff/Counsel did not Appear

( xx ) Defendant/Counsel Appeared　　( ) Defendant/Counsel did not Appear

**RESULTS**:
( xx ) Full Settlement Agreement

This Report is provided by email to the following listed attorneys/firms for use in filing with the court to notify it of the outcome:
PLAINTIFF'S ATTORNEY/FIRM:

Cody Allison, Esq.
Cody Allison & Associates, PLLC
95 White Bridge Road, Suite 250
Nashville, TN 37205

DEFENDANT'S ATTORNEY/FIRM:

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.;
14786 Preston Rd., Suite 550
Dallas TX 75254

/s/ Jack L Townsend, Sr.
Jack L. Townsend, Sr., Mediator
Law Office of Jack L. Townsend, Sr., P.A.
P.O. Box 291339, Tampa, FL 33687