**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

**CHELSI POLLARD,**

Plaintiff,

v.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Defendant.

**CIVIL ACTION NO. 1:25cv01164-JDB-jay**

Judge J. Daniel Breen;
Magistrate Judge Jon A. York

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Chelsi Pollard and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with each party to bear its own costs and attorney's fees; and no costs, expenses, or fees are sought.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 5th day of January, 2026.

Respectfully submitted,

**CODY ALLISON & ASSOCIATES, PLLC**

/s/ *Samuel D. Payne*

K. Cody Allison, BPR No. 020623
Samuel D. Payne, BPR No. 019211
Richard A. House, BPR No. 020135
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Telephone: (615) 234-6000

Fax: (615) 727-0175
Email: cody@codyallison.com
Email: sam@codyallison.com
Email: richard@codyallison.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers (*w/ permission SDP)*
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT