UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

CHELSI POLLARD,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

NO. 1:25-cv-1164-JDB-jay

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

---

IT IS ORDERED AND ADJUDGED that in accordance with the Stipulation of Dismissal entered on January 5, 2026, this cause is hereby DISMISSED WITH PREJUDICE.

APPROVED:

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATE: January 6, 2026

WENDY R. OLIVER
Clerk of Court

s/Maurice Bryson
(By) Deputy Clerk